**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DAVID BARNES DEVELOPMENT, INC.**

CA 07 468

**V.** **C.A. NO.**

**DAVID R. GIFFORD, M.D., M.P.H.,**
**in his capacity as DIRECTOR, DEPARTMENT**
**OF HEALTH and LILLIAN BERARD**

**NOTICE OF REMOVAL**

**To: Office of the Clerk**
**United States District Court**
**for the District of Rhode Island**
John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

**Office of the Clerk**
**Superior Court, Washington County**
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, RI 02879

**Neil P. Philbin, Esquire**
P.O. Box 3727
Peace Dale, RI 02883

Now come Defendants, David R. Gifford, M.D., Department of Health and Lillian Berard ("Defendants"), and pursuant to 28 U.S.C. § 1446, hereby give Notice of Removal of the civil action presently pending in Superior Court of Rhode Island, County of Washington, entitled David Barnes Development, Inc. v. David R. Gifford, et al., C.A. No. WC 07-0796 ("State Court Action"), to the United States District Court for the District of Rhode Island.

Removal is expressly authorized by 28 U.S.C. § 1441 and is based on the District Court's original jurisdiction of the claims arising under the laws of the United States.

In support of this Notice, Defendants respectfully state:

1. This case was commenced on or about December 4, 2007 in the Superior Court, Washington County. Defendants were served with a copy of the Summons and Complaint on or about December 11, 2007.

2. This Petition for Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days after service of the Summons and Complaint upon Defendants. This is the initial pleading setting forth the claim for relief upon which the State Court Action is based.

3. Pursuant to 28 U.S.C. § 1441, this civil action may be removed by Defendants to this Court because this is an action over which this Court has original federal question jurisdiction under the provisions of 28 U.S.C. § 1331 as an action arising under the laws of the United States. See Complaint – Count 2 - (Due Process and Equal Protection Violation).

4. This action is removable to this Court pursuant to 28 U.S.C. § 1441(a) because the Untied States District Court for the District of Rhode Island is the judicial district encompassing the location where the State Court Action is pending, i.e., County of Washington, State of Rhode Island.

5. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal shall be filed with the Clerk of the Superior Court, Washington County and a copy of this Notice of Removal shall be served upon counsel for all parties.

6. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, Defendants shall file certified or attested copies of the State Court Action docket sheets and record with this Court within ten (10) days after filing this Notice of Removal.

WHEREFORE, Defendants respectfully request that this Honorable Court accept this Notice of Removal in accordance with 28 U.S.C. §§ 1441 and 1446, and that this civil action be removed, without waiver of procedural or substantive defenses, from the Superior Court of Rhode Island, Washington County, to this Court for all purposes.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Assistant Attorney General
Darryl Paquette, #6330
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Notice of Removal by first class mail, postage pre-paid, on this 19th day of December, 2007 to Neil P. Philbin, Esquire, P.O. Box 3727, Peace Dale, RI 02883.