# Food Establishment Inspection Report

**Rhode Island Department of Health**
**Office of Food Protection**
**3 Capitol Hill Room 203 Providence, RI 02908**
**Phone: (401) 222-2750 Fax:(401) 222-4775**

| | | | |
|---|---|---|---|
| No. of Risk Factor/Invervention Violations | 1 | Date | 08/28/2007 |
| No. of Repeat Risk Factor/Intervention Violations | 0 | Time In | 12:00 AM |
| Score (optional) | 0.00 | Time Out | 02:00 PM |

| Establishment | Address | City/State | Zipcode | Telephone |
|---|---|---|---|---|
| MEWS TAVERN | 456 MAIN STREET | WAKEFIELD, RI | 02879 | 4017839370 |

| License/Permit # | Permit Holder | Purpose of Inspection | Est. Type | Risk Category |
|---|---|---|---|---|
| FSV23661 | MEWS TAVERN | Foodborne Illness Complaint | Caterer or Commissary | Advanced Prep |

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| chicken wings / Walk-In Cooler | 40.0 ° F | Chowder / Walk-In Cooler | 39.0 ° F | grilled chicken / Walk-In Cooler | 40.0 ° F |
| Deli Meat / Walk-In Cooler | 40.0 ° F | stuf shrimp / Walk-In Cooler | 39.0 ° F | Ambient / salad unit | 37.0 ° F |
| pepperoni / Cold-Hold Unit | 40.0 ° F | Soup / Hot-Hold Unit | 158.0 ° F | | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

Item Number — Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the food code.

17 Violation of Code: [3-403.11] Chili in hot hold unit at 127F. Corrected On-Site. New Violation. Correct By: 08/28/2007

Remarks

Foodborne illness complaint:

Per owner all hamburgers are cooked to order. Consumer Advisory on the menus.

Shrimp and scallops are received IQF in cases. Kept frozen until use.

Scallop dist. by Sysco foods, Portico Seafood 20/30 IQF scallop product, 2/5 Lbs 25% water added Icelandic Item, FDA reg# 11238161908 Product of USA Wild Caught.

Shrimp dist by Toppa Foods, packed for Censea Foods, Northfield, Ill Raw peeled, Deveined shrimp farm raised, keep frozen OF or below. Product of Vietnam Net Wt 10Lb.

Ravioli Spinach and Artichocke dist by Toppa Foods Middletown, RI. Joseph's pasta and sauce 33 Hale St. Haverhill Mass, NtWt 6LB.

Per owner on 8/1/07 one Shrimp Fehita, 1 shrimp pasta rasta, 3 stuffed shrimp with bread stuffing , 1 scallop Ceasar salad, and 181 Burgers were sold.

All shrimp and scallops are slacked in walk in cooler on e bag at a time, and they are cooked to order, pan seared with spices and olive oil. cook and serve style.

Mix veggies for stem veggies are recieved prepared, prepackaged, steamed in water to order, All salad vegetables are rinsed before prep.

No ill employee has been reported for the two weeks prior and after the date mentioned 8/1/07.

Establishment food related areas clean to sight, hats, uniforms and gloves in use during this inspection.

All cold holding temps at 39-41F.

**Person In Charge (Signature)** **Date:** 08/28/2007

**Inspector (Signature)** Maryam Tabatabaie (187) **Date:** 08/28/2007

CPF00-12-03-PG2

A-2

True Copy Attest
[signature]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island