STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2007-0796 DAVID BARNES DEVELOPMENT INC V RI DEPARTMENT OF HE

Filing Date: 12-04-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: INJUNCTIVE RELIEF
Status Date: 12-20-2007

Plaintiff: DAVID BARNES DEVELOPMENT INC
ID: @10947648
Attorney: NEIL PHILBIN

Defendant: DEPARTMENT OF HEALTH
ID: @10252973
Attorney: REBECCA PARTINGTON
Attorney: DARRYL PAQUETTE

Defendant: LILLIAN BERARD
ID: @10947650
Attorney: REBECCA PARTINGTON
Attorney: DARRYL PAQUETTE

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-04-2007 | COMPLAINT FILED | |
| 12-04-2007 | INITIAL FILING FEE | |
| 12-04-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCW36836. |
| 12-19-2007 | ANSWER FILED | TO COMPLAINT<br>Affiliated: DEPARTMENT OF HEALTH |
| 12-20-2007 | NOTICE OF REMOVAL | REMOVAL TO US DISTRICT COURT----- US CASE # CA 07 468.<br>Affiliated: DEPARTMENT OF HEALTH |
| 12-20-2007 | CASE REMVD TO US DISTRICT CT | |
| 12-20-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
C. R. Chr[illegible]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island