**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DAVID BARNES DEVELOPMENT, INC.**

**V.** **C.A. NO. 07-468**

**DAVID R. GIFFORD, M.D., M.P.H.,**
**in his capacity as DIRECTOR, DEPARTMENT**
**OF HEALTH and LILLIAN BERARD**

**PETITION FOR REMOVAL**

**To: United States District Court for the District of Rhode Island**

1. The Defendants, David R. Gifford, M.D., Department of Health and Lillian Berard have been named as Defendants in a civil action filed in Superior Court of Rhode Island, County of Washington, entitled David Barnes Development, Inc. v. David R. Gifford, et al., C.A. No. WC 07-0796. Certified copies of the record from the Washington County Superior Court are attached hereto as Exhibit A.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about December 11, 2007.

3. That the above described action, as stated in Plaintiff's complaint, is one of which this court has original jurisdiction pursuant to the provision of 28 U.S.C. § 1331 and is one that may be removed to this court by the Defendants pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Rebecca Tedford Partington #3890
Assistant Attorney General
Darryl Paquette, #6330
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400
Fax: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within by first class mail, postage prepaid on this 20th day of December, 2007 to Neil P. Philbin, Esquire, 1058 Kingstown Road, P.O. Box 3727, Peace Dale, RI 02883.