**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DAVID BARNES DEVELOPMENT, INC.**

**V.** **C.A. NO. 07-468**

**DAVID R. GIFFORD, M.D., M.P.H.,**
**in his capacity as DIRECTOR, DEPARTMENT**
**OF HEALTH and LILLIAN BERARD**

**AFFIDAVIT OF FILING PETITION FOR REMOVAL WITH CLERK OF WASHINGTON COUNTY SUPERIOR COURT**

TO: The United States District Court for the District of Rhode Island

I, Rebecca Tedford Partington, Assistant Attorney General, Attorney for Defendants, David R. Gifford, M.D., M.P.H., in his capacity as Director, Department of Health and Lillian Berard, herein on oath depose and say that I have caused a copy of Defendants' Petition for Removal of the above-captioned action to be filed with the clerk of the Washington County Superior Court in accordance with provisions of 28 U.S.C. § 1446(d) by mailing copies of said Petition to the clerk on the 20th day of December, 2007.

I further depose and say that I have given written notice of the filing of said petition to said parties by first-class mailing with notice of said filing to: Neil Philbin, Esquire, 1058 Kingstown Road, P.O. Box 3727, Peace Dale, RI 02883, on this 20th day of December, 2007.

Rebecca Tedford Partington
Rebecca Tedford Partington
Assistant Attorney General

Subscribed and sworn to before me on this 20th day of December, 2007.

Carol A. Collins
NOTARY PUBLIC
My Commission Expires: 08/04/2009