UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID BARNES DEVELOPMENT, INC.
VS.
DAVID R. GIFFORD, M.D., M.P.H.,
in his capacity as DIRECTOR, DEPARTMENT
OF HEALTH and LILLIAN BERARD

C.A. NO. 07 - 468

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), the Complaint is voluntarily dismissed by the Plaintiff, with prejudice.

/s/ Neil P. Philbin
R.I. Bar No. 2767
1058 Kingstown Road
P.O. Box 3727
Peace Dale, R.I. 02883
(401) 782 1190
nphilbin5305@yahoo.com

/s/ Darryl J. Paquette
R.I. Bar No. 6330
Special Assistant Attorney General
150 South Main Street
Providence, R.I. 02903-2907
(401) 274 4400 ex 2245
*dpaquette@riag.ri.gov*